PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ 07102
(973) 645-2736
LAB0321
FLU:KCPB

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Hon. William J. Martini |
| *Plaintiff,* | |
| v. | Criminal No. 10-172 |
| **TAMEKA BROADHURST ,** | |
| *Defendant,* | **GARNISHEE ORDER** |
| and | |
| **SOMERSET MEDICAL CENTER,** and its successors or assigns, | |
| *Garnishee.* | |

An Application and Order for Writ of Continuing Garnishment was filed by the United States of America, and a Writ of Continuing Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Continuing Garnishment by United States Marshal and accepted service by federal express mail. Pursuant to the Writ of Continuing Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he

had in his possession, custody or under his control, personal property belonging to and due defendant, and that garnishee was indebted to defendant in the sum of $621.53.

IT IS ORDERED that the garnishee turn over $621.53 to the plaintiff so that it may be applied to the defendant's financial obligation to the United States of America.

DATED:

HON. WILLIAM J. MARTINI, JUDGE
UNITED STATES DISTRICT COURT